UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Lester Jones ) | |
| ) | |
| v. ) | C.A. 14-030-M |
| ) | |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of the Social ) | |
| Secuirty Administration ) | |

## ORDER

The Report and Recommendation of United States Magistrate Patricia A. Sullivan dated January 29, 2015 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Reverse the Decision of the Commissioner is GRANTED and the Defendant's Motion to Affirm the Decision of the Commissioner is DENIED. This matter is remanded to the Commissioner for further administrative proceedings.

BY ORDER:

　/s/ John J. McConnell, Jr.　
John J. McConnell, Jr.
United States District Judge
February 18, 2015